IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA KNOP, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:08-1190 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| PETE GEREN, SECRETARY OF | ) | |
| THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's motion for summary judgment (Docket Entry No. 36) to which Plaintiff has not responded. Accordingly, pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED with prejudice** for the Plaintiff's failure to prosecute.

It is so **ORDERED**.

This is the Final Order in this action.

**ENTERED** this the _21st_ day of December, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge